

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2013

No. 04-13-00335-CR

**IN RE** Sebastian Perez **HERNANDEZ**

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Patricia O. Alvarez, Justice

On June 27, 2013, relator filed a supplemental petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, relator's supplemental petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on July 2, 2013.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2013.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012CR2447; 2012CR2448, styled *The State of Texas v. Sebastian Perez Hernandez*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding.